IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES CHRISTIAN )
)
v. ) NO. 3-14-2301
) JUDGE CAMPBELL
KENSINGTON PUBLISHING CORP. )

ORDER

Plaintiff has filed a Notice of Dismissal (Docket No. 10), indicating that all matters herein have been settled and that he wishes to dismiss this action with prejudice. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE